UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **TRINIDAD RODRIGUEZ and** § | | |
| **ALICIA RODRIGUEZ** § | | |
|     Plaintiffs, § | | |
| § | | |
| v. § | EP-24-CV-00003-DB | |
| § | | |
| **DANNY SAENZ and** § | | |
| **UNITED STATES OF AMERICA,** § | | |
|     Defendants. § | | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rules of Civil Procedure 41(a)(l), Plaintiffs TRINIDAD RODRIGUEZ and ALICIA RODRIGUEZ and Defendant UNITED STATES OF AMERICA, being all the parties who have appeared herein, by and through their undersigned counsel, stipulate to the dismissal of Plaintiffs' action as to the UNITED STATES OF AMERICA, with prejudice.

Respectfully submitted,

**BIEGANOWSKI LAW GROUP**
801 Myrtle Ave., Suite 100
El Paso, Texas  79901
T: (915) 264-1800
F: (915) 759-4007

Date:  7/15/2025

/s/ Victor J. Bieganowski
**VICTOR J. BIEGANOWSKI**
State Bar No. 02301100
vbieganowski@vjblaw.net
**JOSHUA J. BIEGANOWSKI**
State Bar No. 24126829
jbieganowski@vjblaw.net
*Attorney for Plaintiffs*

**AND**

|  |  |
|---|---|
|  | **JUSTIN R. SIMMONS**<br>UNITED STATES ATTORNEY |
| Date: 7/15/2025 | By: /s/ Natashia D. Hines<br>**NATASHIA D. HINES**<br>Assistant United States Attorney<br>Florida State Bar No. 89072<br>700 E. San Antonio, Ste. 200<br>El Paso, Texas 79901<br>Telephone: (915) 534-6555<br>Facsimile: (915) 534-3490<br>Email: Natashia.Hines@usdoj.gov<br>*Attorneys for the Defendant* |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **TRINIDAD RODRIGUEZ and** § <br> **ALICIA RODRIGUEZ** § <br>     Plaintiffs, § <br> § <br> v. § <br> § <br> **DANNY SAENZ and** § <br> **UNITED STATES OF AMERICA,** § <br>     Defendants. § | EP-24-CV-00003-DB |

## ORDER OF DISMISSAL

On this day, the Court has considered the Stipulation of Dismissal in the above-captioned case filed by Plaintiffs, TRINIDAD RODRIGUEZ and ALICIA RODRIGUEZ and Defendant, UNITED STATES OF AMERICA, by and through their counsel.

After due consideration and in accordance with Rule 41(a) of the Federal Rules of Civil Procedure, the Court Orders that

1.  All claims presented by the Plaintiffs' Original Complaint shall be dismissed with prejudice as to the United States of America pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and,

2.  All parties shall pay their own costs and fees.

The clerk shall **CLOSE** this case.

**SO ORDERED**.

SIGNED and ENTERED this _____ day of _____, 2025.

 

**DAVID BRIONES**
SENIOR UNITED STATES DISTRICT JUDGE