IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| TRINIDAD RODRIGUEZ and ALICIA RODRIGUEZ, <br> Plaintiffs, <br><br> v. <br><br> DANNY SEANEZ and UNITED STATES OF AMERICA, <br> Defendants. | § § § § § § § § § §  EP-24-CV-00003-DB |

## ORDER OF DISMISSAL

On this day the Court considered Plaintiffs' Trinidad and Alicia Rodriguez and Defendant United States of America's "Stipulation of Dismissal" ("Stipulation") ECF No. 52, filed on July 15, 2025, ECF No. 52. Therein, the parties "stipulate to the dismissal of Plaintiffs' action as to the United States of America, with prejudice." *Id.* at 1. Having considered the Stipulation, the Court is of the opinion that it should be granted.

**IT IS THEREFORE ORDERED** that the parties' joint "Stipulation of Dismissal," ECF No. 52, is **GRANTED**.

**IT IS FURTHER ORDERED** that all claims by Trinidad and Alicia Rodriguez against United States of America are **DISMISSED WITH PREJUDICE**.

SIGNED this _16th_ day of JULY 2025.

THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE