IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| TRINIDAD RODRIGUEZ and ALICIA RODRIGUEZ, Plaintiffs, | § § § § | |
| v. | § § | EP-24-CV-00003-DB |
| DANNY SEANEZ and UNITED STATES OF AMERICA, Defendants. | § § § § | |

## FINAL JUDGMENT

On this day the Court entered an order dismissing all claims in the above-captioned case.

The Court now enters a Final Judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the District Clerk for the Western District of Texas **CLOSE** this case.

SIGNED this _16th_ day of **JULY 2025**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE